AO 240 (Rev. 6/86)  Appl'   :n to Proceed

# United States District Court

### DISTRICT OF ————————  MASSACHUSETTS

EMILIO RAMOS

V.

UNITED STATES OF AMERICA

## APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER:    98-11857(DPW)

I, __Emilio Ramos_____, declare that I am the *(check appropriate box)*

- ☐ petitioner/plaintiff
- ☒ movant (filing 28 U.S.C. 2255 motion)
- ☐ respondent/defendant
- ☐ ————————————————
  *other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Since my previous 28 U.S.c. § 2255 motion was dismissed on Friday July 14, 2004, without prejudice to refiling it due to the necessity of an Evidentiary Hearing I am now refiling it, requesting the aformentioned Evidentiary Hearing on ineffective-assistance of counsel. In further support of this application, I answer the following questions.

1. Are you presently employed?                          Yes ☒    No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   USP-Lewisburg - Unit J Orderly.  $5.25 per month.

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

   | | Yes | No |
   |---|---|---|
   | a. Business, profession or other form of self-employment | ☐ | ☒ |
   | b. Rent payments, interest or dividends? | ☐ | ☒ |
   | c. Pensions, annuities or life insurance payments? | ☐ | ☒ |
   | d. Gifts or inheritances? | ☐ | ☒ |
   | e. Any other sources? | ☐ | ☒ |

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?

   Yes ☐    No ☒    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ☐    No ☒

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   None.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Aug ust 2 -2004_          _Emilio Ramos_
                (Date)                        Signature of Applicant

M. Nicholas, Case Manager
Authorized by the Act of
July 7, 1955, as amended, to
administer oaths. (18 USC 4004).

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ 69.14 on account to his credit at the _UNITED STATES PENITENTIARY, LEWISBURG PA 17837_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _NONE_

I further certify that during the last six months the applicant's average balance was $ 136.08

_B. Sholly_
B. SHOLLY, INMATE ACCOUNTS USP LEWISBURG        07/29/04
Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____    _____    _____    _____
United States Judge    Date     United States Judge    Date
                                  or Magistrate

A05-0095

Date: 07/29/2004                                                                                 Facility: LEW
Time: 2:12:44 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

**Start Date:** 10/01/2003
**End Date:** 09/30/2004
**Inmate Reg#:** 35179054
**Account Status:** All
**Institution:** All

### General Information

| Inmate Reg#: | 35179054 | Living Quarters: | J03-301L |
| Inmate Name: | RAMOS, EMILIO | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 8/9/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 01/08/2004 10:49:21 AM | | | | Conversion | $26.54 | | $26.54 |
| LEW | 01/09/2004 05:04:01 PM | ITS0109 | | | ITS Withdrawal | ($1.00) | | $25.54 |
| LEW | 01/10/2004 03:04:57 PM | ITS0110 | | | ITS Withdrawal | ($1.00) | | $24.54 |
| LEW | 01/12/2004 08:10:37 PM | 96 | | | Sales | ($24.40) | | $0.14 |
| LEW | 01/14/2004 02:40:42 PM | 444 | | 567712 | Local Collections | $40.00 | | $40.14 |
| LEW | 01/14/2004 05:28:11 PM | ITS0114 | | | ITS Withdrawal | ($2.00) | | $38.14 |
| LEW | 01/14/2004 09:37:17 PM | ITS0114 | | | ITS Withdrawal | ($1.00) | | $37.14 |
| LEW | 01/16/2004 04:53:52 PM | ITS0116 | | | ITS Withdrawal | ($2.00) | | $35.14 |
| LEW | 01/17/2004 03:15:03 PM | ITS0117 | | | ITS Withdrawal | ($1.00) | | $34.14 |
| LEW | 01/18/2004 09:20:31 PM | ITS0118 | | | ITS Withdrawal | ($3.00) | | $31.14 |
| LEW | 01/20/2004 03:02:52 PM | 679 | | 567717 | Local Collections | $40.00 | | $71.14 |
| LEW | 01/20/2004 04:49:29 PM | 38 | | | Sales | ($43.51) | | $27.63 |
| LEW | 01/23/2004 07:39:18 PM | ITS0123 | | | ITS Withdrawal | ($2.00) | | $25.63 |
| LEW | 01/23/2004 08:20:22 PM | ITS0123 | | | ITS Withdrawal | ($2.00) | | $23.63 |
| LEW | 01/24/2004 10:54:12 AM | ITS0124 | | | ITS Withdrawal | ($3.00) | | $20.63 |
| LEW | 01/26/2004 05:09:58 PM | 45 | | | Sales | ($18.55) | | $2.08 |
| LEW | 01/28/2004 06:26:18 PM | ITS0128 | | | ITS Withdrawal | ($2.00) | | $0.08 |
| LEW | 01/29/2004 02:22:57 PM | 1303 | | 567729 | Local Collections | $25.00 | | $25.08 |
| LEW | 01/29/2004 02:22:57 PM | 1285 | | 567729 | Local Collections | $10.00 | | $35.08 |
| LEW | 01/29/2004 09:34:56 PM | ITS0129 | | | ITS Withdrawal | ($2.00) | | $33.08 |
| LEW | 01/30/2004 06:27:37 PM | ITS0130 | | | ITS Withdrawal | ($2.00) | | $31.08 |

Date: 07/29/2004
Time: 2:12:45 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: LEW

### General Information

| | |
|---|---|
| Inmate Reg#: | 35179054 |
| Inmate Name: | RAMOS, EMILIO |
| Current Site Name: | Lewisburg USP |
| Housing Unit: | UNIT 3 |

| | |
|---|---|
| Living Quarters: | J03-301L |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/9/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 02/01/2004 07:56:41 PM | ITS0201 | | | ITS Withdrawal | ($1.00) | | $30.08 |
| LEW | 02/02/2004 04:33:30 PM | ITS0202 | | | ITS Withdrawal | ($1.00) | | $29.08 |
| LEW | 02/02/2004 05:41:39 PM | 53 | | | Sales | ($9.95) | | $19.13 |
| LEW | 02/02/2004 05:43:02 PM | 54 | | | Sales | ($19.00) | | $0.13 |
| LEW | 02/03/2004 08:35:41 AM | 43V042 | | | Payroll - IPP | $5.25 | | $5.38 |
| LEW | 02/04/2004 03:16:06 PM | 1632 | | 567734 | Local Collections | $25.00 | | $30.38 |
| LEW | 02/04/2004 07:59:43 PM | ITS0204 | | | ITS Withdrawal | ($2.00) | | $28.38 |
| LEW | 02/05/2004 04:36:21 PM | ITS0205 | | | ITS Withdrawal | ($3.00) | | $25.38 |
| LEW | 02/06/2004 05:24:46 PM | ITS0206 | | | ITS Withdrawal | ($3.00) | | $22.38 |
| LEW | 02/08/2004 08:10:27 PM | ITS0208 | | | ITS Withdrawal | ($2.00) | | $20.38 |
| LEW | 02/09/2004 02:46:20 PM | 1917 | | 567738 | Local Collections | $60.00 | | $80.38 |
| LEW | 02/09/2004 02:46:20 PM | 1900 | | 567738 | Local Collections | $20.00 | | $100.38 |
| LEW | 02/09/2004 02:46:20 PM | 1888 | | 567738 | Local Collections | $10.00 | | $110.38 |
| LEW | 02/09/2004 04:31:10 PM | ITS0209 | | | ITS Withdrawal | ($3.00) | | $107.38 |
| LEW | 02/09/2004 05:20:47 PM | 28 | | | Sales | ($67.52) | | $39.86 |
| LEW | 02/10/2004 07:26:47 PM | ITS0210 | | | ITS Withdrawal | ($1.00) | | $38.86 |
| LEW | 02/10/2004 09:53:54 PM | ITS0210 | | | ITS Withdrawal | ($1.00) | | $37.86 |
| LEW | 02/11/2004 04:40:45 PM | ITS0211 | | | ITS Withdrawal | ($2.00) | | $35.86 |
| LEW | 02/13/2004 02:54:29 PM | 2340 | | 567743 | Local Collections | $10.00 | | $45.86 |
| LEW | 02/13/2004 05:05:45 PM | ITS0213 | | | ITS Withdrawal | ($2.00) | | $43.86 |
| LEW | 02/15/2004 06:49:12 PM | ITS0215 | | | ITS Withdrawal | ($2.00) | | $41.86 |
| LEW | 02/16/2004 09:34:04 PM | ITS0216 | | | ITS Withdrawal | ($2.00) | | $39.86 |
| LEW | 02/17/2004 05:25:55 PM | 42 | | | Sales | ($21.60) | | $18.26 |
| LEW | 02/17/2004 09:35:30 PM | ITS0217 | | | ITS Withdrawal | ($3.00) | | $15.26 |
| LEW | 02/19/2004 04:41:00 PM | ITS0219 | | | ITS Withdrawal | ($2.00) | | $13.26 |
| LEW | 02/19/2004 09:28:15 PM | ITS0219 | | | ITS Withdrawal | ($1.00) | | $12.26 |
| LEW | 02/20/2004 09:35:57 PM | ITS0220 | | | ITS Withdrawal | ($2.00) | | $10.26 |
| LEW | 02/22/2004 01:23:54 PM | ITS0222 | | | ITS Withdrawal | ($2.00) | | $8.26 |
| LEW | 02/23/2004 06:34:23 PM | 66 | | | Sales | ($7.45) | | $0.81 |
| LEW | 02/25/2004 02:54:50 PM | 3111 | | 567755 | Local Collections | $15.00 | | $15.81 |

Page 2

Date: 07/29/2004                                                                                                                    Facility: LEW
Time: 2:12:45 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 35179054 | Living Quarters: | J03-301L |
| Inmate Name: | RAMOS, EMILIO | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 8/9/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 02/25/2004 04:33:01 PM | ITS0225 | | | ITS Withdrawal | ($2.00) | | $13.81 |
| LEW | 02/25/2004 09:12:10 PM | ITS0225 | | | ITS Withdrawal | ($3.00) | | $10.81 |
| LEW | 02/26/2004 08:18:22 PM | ITS0226 | | | ITS Withdrawal | ($2.00) | | $8.81 |
| LEW | 03/01/2004 05:19:50 PM | 44 | | | Sales | ($7.50) | | $1.31 |
| LEW | 03/02/2004 09:39:16 AM | 4JV057 | | | Payroll - IPP | $5.25 | | $6.56 |
| LEW | 03/02/2004 11:14:23 AM | IOS011 | | | FRP Quarterly Pymt | $0.00 | | $6.56 |
| LEW | 03/02/2004 09:34:59 PM | ITS0302 | | | ITS Withdrawal | ($4.00) | | $2.56 |
| LEW | 03/03/2004 04:37:16 PM | ITS0303 | | | ITS Withdrawal | ($2.00) | | $0.56 |
| LEW | 03/05/2004 03:02:09 PM | 3737 | | 568001 | Local Collections | $15.00 | | $15.56 |
| LEW | 03/05/2004 05:15:15 PM | ITS0305 | | | ITS Withdrawal | ($2.00) | | $13.56 |
| LEW | 03/06/2004 01:13:42 PM | ITS0306 | | | ITS Withdrawal | ($2.00) | | $11.56 |
| LEW | 03/07/2004 12:42:50 PM | ITS0307 | | | ITS Withdrawal | ($2.00) | | $9.56 |
| LEW | 03/08/2004 05:57:44 PM | 40 | | | Sales | ($9.47) | | $0.09 |
| LEW | 03/10/2004 01:19:24 PM | 4129 | | 568008 | Local Collections | $20.00 | | $20.09 |
| LEW | 03/10/2004 07:23:52 PM | ITS0310 | | | ITS Withdrawal | ($3.00) | | $17.09 |
| LEW | 03/10/2004 09:30:17 PM | ITS0310 | | | ITS Withdrawal | ($2.00) | | $15.09 |
| LEW | 03/13/2004 02:07:18 PM | ITS0313 | | | ITS Withdrawal | ($1.00) | | $14.09 |
| LEW | 03/14/2004 12:23:52 PM | ITS0314 | | | ITS Withdrawal | ($2.00) | | $12.09 |
| LEW | 03/14/2004 03:38:23 PM | ITS0314 | | | ITS Withdrawal | ($1.00) | | $11.09 |
| LEW | 03/15/2004 02:46:58 PM | 4442 | | 567772 | Local Collections | $25.00 | | $36.09 |
| LEW | 03/15/2004 06:24:01 PM | 66 | | | Sales | ($35.20) | | $0.89 |
| LEW | 03/15/2004 06:40:20 PM | 73 | | | Sales | $0.40 | | $1.29 |
| LEW | 03/15/2004 08:13:47 PM | ITS0315 | | | ITS Withdrawal | ($1.00) | | $0.29 |
| LEW | 03/22/2004 03:20:35 PM | 5005 | | 567783 | Local Collections | $20.00 | | $20.29 |
| LEW | 03/22/2004 04:38:25 PM | ITS0322 | | | ITS Withdrawal | ($3.00) | | $17.29 |
| LEW | 03/22/2004 05:06:22 PM | 51 | | | Sales | ($17.20) | | $0.09 |
| LEW | 03/25/2004 02:07:10 PM | 5216 | | 567786 | Local Collections | $10.00 | | $10.09 |
| LEW | 03/25/2004 05:02:54 PM | ITS0325 | | | ITS Withdrawal | ($3.00) | | $7.09 |
| LEW | 03/25/2004 09:23:52 PM | ITS0325 | | | ITS Withdrawal | ($1.00) | | $6.09 |
| LEW | 03/27/2004 03:43:52 PM | ITS0327 | | | ITS Withdrawal | ($2.00) | | $4.09 |

Page 3

Date: 07/29/2004
Time: 2:12:45 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: LEW

### General Information

| | |
|---|---|
| Inmate Reg#: | 35179054 |
| Inmate Name: | RAMOS, EMILIO |
| Current Site Name: | Lewisburg USP |
| Housing Unit: | UNIT 3 |

| | |
|---|---|
| Living Quarters: | J03-301L |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/9/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 03/28/2004 11:57:54 AM | ITS0328 | | | ITS Withdrawal | ($2.00) | | $2.09 |
| LEW | 03/29/2004 04:45:08 PM | ITS0329 | | | ITS Withdrawal | ($2.00) | | $0.09 |
| LEW | 03/31/2004 02:45:52 PM | 5574 | | 568009 | Local Collections | $25.00 | | $25.09 |
| LEW | 03/31/2004 05:19:05 PM | ITS0331 | | | ITS Withdrawal | ($2.00) | | $23.09 |
| LEW | 03/31/2004 09:32:14 PM | ITS0331 | | | ITS Withdrawal | ($3.00) | | $20.09 |
| LEW | 04/02/2004 08:17:13 AM | 4JV068 | | | Payroll - IPP | $5.25 | | $25.34 |
| LEW | 04/03/2004 05:33:14 PM | ITS0403 | | | ITS Withdrawal | ($2.00) | | $23.34 |
| LEW | 04/04/2004 11:58:24 AM | ITS0404 | | | ITS Withdrawal | ($2.00) | | $21.34 |
| LEW | 04/05/2004 09:35:04 PM | ITS0405 | | | ITS Withdrawal | ($2.00) | | $19.34 |
| LEW | 04/07/2004 06:10:04 PM | 34 | | | Sales | ($18.30) | | $1.04 |
| LEW | 04/07/2004 06:17:49 PM | ITS0407 | | | ITS Withdrawal | ($1.00) | | $0.04 |
| LEW | 04/08/2004 02:38:16 PM | 6170 | | 567798 | Local Collections | $20.00 | | $20.04 |
| LEW | 04/09/2004 04:41:58 PM | ITS0409 | | | ITS Withdrawal | ($2.00) | | $18.04 |
| LEW | 04/09/2004 08:27:42 PM | ITS0409 | | | ITS Withdrawal | ($1.00) | | $17.04 |
| LEW | 04/10/2004 10:25:26 AM | ITS0410 | | | ITS Withdrawal | ($1.00) | | $16.04 |
| LEW | 04/11/2004 04:27:55 PM | ITS0411 | | | ITS Withdrawal | ($1.00) | | $15.04 |
| LEW | 04/12/2004 03:09:11 PM | 6500 | | 567801 | Local Collections | $15.00 | | $30.04 |
| LEW | 04/12/2004 07:52:55 PM | ITS0412 | | | ITS Withdrawal | ($2.00) | | $28.04 |
| LEW | 04/12/2004 09:42:31 PM | ITS0412 | | | ITS Withdrawal | ($1.00) | | $27.04 |
| LEW | 04/14/2004 05:10:58 PM | 20 | | | Sales | ($26.85) | | $0.19 |
| LEW | 04/16/2004 02:12:05 PM | 6701 | | 568407 | Local Collections | $15.00 | | $15.19 |
| LEW | 04/16/2004 09:06:07 PM | ITS0416 | | | ITS Withdrawal | ($2.00) | | $13.19 |
| LEW | 04/17/2004 02:28:51 PM | ITS0417 | | | ITS Withdrawal | ($1.00) | | $12.19 |
| LEW | 04/18/2004 06:27:10 PM | ITS0418 | | | ITS Withdrawal | ($2.00) | | $10.19 |
| LEW | 04/19/2004 03:21:15 PM | 6771 | | 568409 | Local Collections | $20.00 | | $30.19 |
| LEW | 04/21/2004 05:26:44 PM | 33 | | | Sales | ($29.40) | | $0.79 |
| LEW | 04/26/2004 03:20:44 PM | 7232 | | 505596 | Local Collections | $15.00 | | $15.79 |
| LEW | 04/26/2004 04:41:17 PM | ITS0426 | | | ITS Withdrawal | ($2.00) | | $13.79 |
| LEW | 04/28/2004 05:19:33 PM | 22 | | | Sales | ($13.70) | | $0.09 |
| LEW | 04/30/2004 02:25:15 PM | 7563 | | 568167 | Local Collections | $20.00 | | $20.09 |

Page 4

Date: 07/29/2004
Time: 2:12:45 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: LEW

## General Information

| | |
|---|---|
| Inmate Reg#: | 35179054 |
| Inmate Name: | RAMOS, EMILIO |
| Current Site Name: | Lewisburg USP |
| Housing Unit: | UNIT 3 |

| | |
|---|---|
| Living Quarters: | J03-301L |
| Arrived From: | |
| Transferred To: | |
| Account Creation Date: | 8/9/2001 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 04/30/2004 08:15:51 PM | ITS0430 | | | ITS Withdrawal | ($2.00) | | $18.09 |
| LEW | 05/01/2004 10:30:23 AM | ITS0501 | | | ITS Withdrawal | ($1.00) | | $17.09 |
| LEW | 05/01/2004 03:55:46 PM | ITS0501 | | | ITS Withdrawal | ($1.00) | | $16.09 |
| LEW | 05/02/2004 02:25:55 PM | ITS0502 | | | ITS Withdrawal | ($2.00) | | $14.09 |
| LEW | 05/02/2004 07:44:46 PM | ITS0502 | | | ITS Withdrawal | ($1.00) | | $13.09 |
| LEW | 05/03/2004 09:02:33 AM | 4JV077 | | | Payroll - IPP | $5.25 | | $18.34 |
| LEW | 05/03/2004 04:37:59 PM | ITS0503 | | | ITS Withdrawal | ($3.00) | | $15.34 |
| LEW | 05/04/2004 04:59:55 PM | ITS0504 | | | ITS Withdrawal | ($1.00) | | $14.34 |
| LEW | 05/05/2004 05:11:52 PM | 20 | | | Sales | $0.00 | | $14.34 |
| LEW | 05/05/2004 06:12:52 PM | 44 | | | Sales | ($14.30) | | $0.04 |
| LEW | 05/10/2004 03:21:46 PM | 8190 | | 568177 | Local Collections | $20.00 | | $35.04 |
| LEW | 05/10/2004 03:21:46 PM | 8189 | | 568177 | Local Collections | $15.00 | | $15.04 |
| LEW | 05/10/2004 04:46:54 PM | ITS0510 | | | ITS Withdrawal | ($5.00) | | $30.04 |
| LEW | 05/11/2004 08:40:17 PM | ITS0511 | | | ITS Withdrawal | ($3.00) | | $27.04 |
| LEW | 05/12/2004 05:36:34 PM | 42 | | | Sales | ($26.55) | | $0.49 |
| LEW | 05/19/2004 02:41:03 PM | 8780 | | 568187 | Local Collections | $30.00 | | $30.49 |
| LEW | 05/19/2004 02:41:03 PM | 8781 | | 568187 | Local Collections | $15.00 | | $45.49 |
| LEW | 05/19/2004 04:49:23 PM | 12 | | | Sales | ($28.90) | | $16.59 |
| LEW | 05/19/2004 04:55:46 PM | ITS0519 | | | ITS Withdrawal | ($1.00) | | $15.59 |
| LEW | 05/26/2004 02:49:22 PM | 9222 | | 568194 | Local Collections | $20.00 | | $35.59 |
| LEW | 05/26/2004 05:33:49 PM | 26 | | | Sales | ($15.75) | | $19.84 |
| LEW | 06/02/2004 10:27:31 AM | 4JV089 | | | Payroll - IPP | $5.25 | | $25.09 |
| LEW | 06/02/2004 12:09:37 PM | IOS017 | | | FRP Quarterly Pymt | ($25.00) | | $0.09 |
| LEW | 06/10/2004 03:00:39 PM | 10241 | | 568014 | Local Collections | $30.00 | | $30.09 |
| LEW | 06/10/2004 04:32:18 PM | ITS0610 | | | ITS Withdrawal | ($2.00) | | $28.09 |
| LEW | 06/10/2004 06:06:38 PM | ITS0610 | | | ITS Withdrawal | ($2.00) | | $26.09 |
| LEW | 06/11/2004 04:18:01 PM | ITS0611 | | | ITS Withdrawal | ($1.00) | | $25.09 |
| LEW | 06/12/2004 11:28:56 AM | ITS0612 | | | ITS Withdrawal | ($1.00) | | $24.09 |
| LEW | 06/12/2004 08:28:09 PM | ITS0612 | | | ITS Withdrawal | ($1.00) | | $23.09 |
| LEW | 06/16/2004 02:50:32 PM | 10595 | | 568212 | Local Collections | $15.00 | | $38.09 |

Date: 07/29/2004
Time: 2:12:45 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: LEW

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 35179054 | Living Quarters: | J03-301L |
| Inmate Name: | RAMOS, EMILIO | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 8/9/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | 06/16/2004 05:05:51 PM | 19 | | | Sales | ($38.00) | | $0.09 |
| LEW | 06/18/2004 02:17:13 PM | 10718 | | 568215 | Local Collections | $10.00 | | $10.09 |
| LEW | 06/18/2004 07:31:42 PM | ITS0618 | | | ITS Withdrawal | ($5.00) | | $5.09 |
| LEW | 06/20/2004 09:35:49 PM | ITS0620 | | | ITS Withdrawal | ($3.00) | | $2.09 |
| LEW | 06/22/2004 04:33:45 PM | ITS0622 | | | ITS Withdrawal | ($2.00) | | $0.09 |
| LEW | 06/23/2004 02:34:37 PM | 11130 | | 568221 | Local Collections | $10.00 | | $10.09 |
| LEW | 06/23/2004 04:37:57 PM | ITS0623 | | | ITS Withdrawal | ($1.00) | | $9.09 |
| LEW | 06/23/2004 06:33:07 PM | 51 | | | Sales | ($6.80) | | $2.29 |
| LEW | 06/23/2004 06:39:20 PM | 53 | | | Sales | ($2.05) | | $0.24 |
| LEW | 07/02/2004 07:27:46 AM | 4JV096 | | | Payroll - IPP | $5.25 | | $5.49 |
| LEW | 07/02/2004 02:24:43 PM | 11590 | | 568235 | Local Collections | $60.00 | | $85.49 |
| LEW | 07/02/2004 02:24:43 PM | 11601 | | 568235 | Local Collections | $20.00 | | $25.49 |
| LEW | 07/02/2004 05:18:57 PM | ITS0702 | | | ITS Withdrawal | ($2.00) | | $83.49 |
| LEW | 07/02/2004 06:16:13 PM | ITS0702 | | | ITS Withdrawal | ($2.00) | | $81.49 |
| LEW | 07/03/2004 01:28:04 PM | ITS0703 | | | ITS Withdrawal | ($2.00) | | $79.49 |
| LEW | 07/04/2004 07:26:59 PM | ITS0704 | | | ITS Withdrawal | ($2.00) | | $77.49 |
| LEW | 07/04/2004 09:59:16 PM | ITS0704 | | | ITS Withdrawal | ($1.00) | | $76.49 |
| LEW | 07/07/2004 04:47:25 PM | ITS0707 | | | ITS Withdrawal | ($1.00) | | $75.49 |
| LEW | 07/07/2004 05:46:17 PM | 54 | | | Sales | $0.00 | | $75.49 |
| LEW | 07/07/2004 05:59:28 PM | 59 | | | Sales | ($59.30) | | $16.19 |
| LEW | 07/08/2004 09:30:06 PM | ITS0708 | | | ITS Withdrawal | ($1.00) | | $15.19 |
| LEW | 07/09/2004 09:43:47 PM | ITS0709 | | | ITS Withdrawal | ($1.00) | | $14.19 |
| LEW | 07/10/2004 08:18:27 PM | ITS0710 | | | ITS Withdrawal | ($1.00) | | $13.19 |
| LEW | 07/10/2004 08:25:35 PM | ITS0710 | | | ITS Withdrawal | ($1.00) | | $12.19 |
| LEW | 07/12/2004 02:51:43 PM | 12147 | | 568236 | Local Collections | $40.00 | | $52.19 |
| LEW | 07/12/2004 05:23:13 PM | ITS0712 | | | ITS Withdrawal | ($1.00) | | $51.19 |
| LEW | 07/13/2004 04:51:49 PM | 49 | | | Sales | ($41.90) | | $9.29 |
| LEW | 07/13/2004 09:53:31 PM | ITS0713 | | | ITS Withdrawal | ($2.00) | | $7.29 |
| LEW | 07/16/2004 05:42:57 PM | ITS0716 | | | ITS Withdrawal | ($1.00) | | $6.29 |
| LEW | 07/18/2004 06:29:03 PM | ITS0718 | | | ITS Withdrawal | ($1.00) | | $5.29 |

Date: 07/29/2004
Time: 2:12:45 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Limited Official Use

Facility: LEW

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 35179054 | Living Quarters: | J03-301L |
| Inmate Name: | RAMOS, EMILIO | Arrived From: | |
| Current Site Name: | Lewisburg USP | Transferred To: | |
| Housing Unit: | UNIT 3 | Account Creation Date: | 8/9/2001 |

### Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | SPO Encumbrance | Other Encumbrance | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| LEW | 07/19/2004 02:45:59 PM | 12672 | | 568244 | Local Collections | | | $50.00 | | $55.29 |
| LEW | 07/19/2004 09:50:38 PM | ITS0719 | | | ITS Withdrawal | | | ($2.00) | | $53.29 |
| LEW | 07/20/2004 05:29:55 PM | 68 | | | Sales | | | ($20.80) | | $32.49 |
| LEW | 07/23/2004 02:39:31 PM | 12930 | | 568249 | Local Collections | | | $30.00 | | $62.49 |
| LEW | 07/27/2004 05:28:34 PM | 65 | | | Sales | | | ($15.55) | | $46.94 |
| LEW | 07/27/2004 05:37:28 PM | 69 | | | Sales | | | ($0.80) | | $46.14 |
| LEW | 07/28/2004 03:26:19 PM | 13210 | | 568555 | Local Collections | | | $25.00 | | $71.14 |
| LEW | 07/28/2004 09:28:46 PM | ITS0728 | | | ITS Withdrawal | | | ($2.00) | | $69.14 |
| | **Total Transactions:** | 179 | | | **Totals:** | | | **$69.14** | **$0.00** | |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| LEW | $69.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $69.14 |
| **Totals:** | **$69.14** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$69.14** |