AO 243
REV 6/82

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District: MASSACHUSETTS | | |
|---|---|---|---|
| Name of Movant: Emilio Ramos | | Prisoner No. 35179-054 | Docket No. 98-11857 |
| Place of Confinement: United States Penitentiary, P. O. Box 1000, Lewisburg, Pennsylvania 17837 | | | |

UNITED STATES OF AMERICA    v.    EMILIO RAMOS

(include name upon which convicted)

(full name of movant)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack: United States District Court - District of Massachusetts

2. Date of judgment of conviction: January 17, 1995

3. Length of sentence: 84 months - $50.00 assessment, 5 years supervised relese.

4. Nature of offense involved (all counts): Possession With Intent To Distribute Heroin

5. What was your plea? (Check one)
    (a) Not guilty ☐
    (b) Guilty ☒
    (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

6. Kind of trial: (Check one)
    (a) Jury ☐
    (b) Judge only ☐

7. Did you testify at the trial?
    Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
    Yes ☐ No ☒

(2)

9. If you did appeal, answer the following:

   (a) Name of court __NOT APPLICABLE__

   (b) Result __NOT APPLICABLE__

   (c) Date of result __Not Applicable__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a)(1) Name of court __NOT APPLICABLE (U.S. District Court for the District of Massachusetts.__

    (2) Nature of proceeding __NOT APPLICABLE (e.g. 28 U.S.C. § 2255 Motion)__

    (3) Grounds raised __NOT APPLICABLE (e.g., Defiecient advice from counsel regarding my right of appeal after sentencing upon a guilty plea).__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☒ No ☐

    (5) Result __NOT APPLICABLE (My counsel voluntarily dismissed this...)__

    (6) Date of result __NOT APPLICABLE (Unknown to Petitioner at this time)__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __NOT APPLICABLE__

    (2) Nature of proceeding __NOT APPLICABLE__

    (3) Grounds raised __NOT APPLICABLE__

(3)

p1-248

AO 243
REV 6/82

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result __NOT APPLICABLE__

(6) Date of result __NOT APPLICABLE__

(c) As to any third petition, application or motion, give the same information:

(1) Name of court __NOT APPLICABLE__

(2) Nature of proceeding __NOT APPLICABLE__

(3) Grounds raised __NOT APPLICABLE__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐
(5) Result __NOT APPLICABLE__
(6) Date of Result __NOT APPLICABLE__

(d) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
  (1) First petition, etc.    Yes ☐ No ☒
  (2) Second petition, etc.   Yes ☐ No ☒
  (3) Third petition, etc.    Yes ☐ No ☒

(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

__I wasn't aware of any adverse action, due to my counsel having failed to communicate the progress of the prosecution to me. Plus, her voluntary dismissal, without prior consultation with me. see Exhibit 1 attached. letter dated July 14, 2004.__

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.
CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: **Denial of Effective Assistance of Counsel, Mr. Michael Avery, Esquire.** Failure to give proper advise.

Supporting FACTS (tell your story *briefly* without citing cases or law): I required the superior ability of trained counsel in the 'examination into the record, research of the factual and legal law, as well as the strength and merits of the Government's case in chief against me, and counsel was constitutionally obligated to advise me respecting my decision to allow for intelligent exercise of particular right.

B. Ground two: **Denial of Right of Appeal. Failure to Enter a timely notice of appeal, despite being requested to do so.**

Supporting FACTS (tell your story *briefly* without citing cases or law): Mr. Michael Avery, Esquire, informed the Honorable Douglas P. Woodlock, U. S. District Judge, at an Evidentiary Hearing held on May 12, 2000, at 2:30p.m. that he had no personal recollection concerning whether or not he had actually advised Petitioner of his right to appeal after his sentence was imposed.

C. Ground three: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

(5)

AO 243
REV 6/82

D. Ground four: _____

Supporting FACTS (tell your story *briefly* without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: The aforementioned grounds were presented, however, there has been no "full and fair adjudication upon the merits of the Petitioner's claims" due to the aforementioned ineffective assistance and/or deficient performance of counsel(s) representing the Petitioner in the complained of legal proceedings.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing Michael Avery, Esquire, c/o Suffolk University Law School, 41 Temple Street, Boston, Massachusetts 02114

(b) At arraignment and plea   SAME AS ABOVE

(c) At trial   NOT APPLICABLE

(d) At sentencing   SAME AS ABOVE

AO 243
REV 6/82

(e) On appeal __NOT APPLICABLE__

(f) In any post-conviction proceeding __Elizabeth Prevett, Esquire, Assistant Federal Public Defender, D.Mass., 408 Atlantic Avenue,, 3rd Fl. Boston, Massachusetts 02110.__

(g) On appeal from any adverse ruling in a post-conviction proceeding __NOT APPLICABLE__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐  No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☒  No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: __NOT APPLICABLE__ ~~U. S. District Court for the Eastern District of New York~~

(b) Give date and length of the above sentence: ~~NOT APPLICABLE~~ (e.g. 57 months)

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐  No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__August 2, 2004__
(date)

_/s/ M. Nicholas_
M. Nicholas, Case Manager
Authorized by the Act of
July 7, 1955, as amended, to
administer oaths, (18 USC 4004).

_Emilio Ramos_
Signature of Movant

(7)

# CERTIFICATE OF SERVICE

I, __Emilio Ramos_____, hereby certify that I have served a true and correct copy of the foregoing:

28 U.S.C. § 2255 motion

Which is deemed filed at the time it was delivered to prison authorities for forwarding to the court, <u>Houston vs. Lack</u>, 101 L.Ed.2d 245 (1988), upon the court and parties to litigation and/or his/her attorney(s) of record, by placing same in a sealed, postage prepaid envelope addressed to:

Kevin Cloherty, Esquire
Assistant United States Attorney
U. S. Attorney's Office
1 Courthouse Way, Suite 9200
Boston, Massachusetts 02210

The Hon. Douglas P. woodlock
U. S. District Court-Boston, MA
1 Courthouse Way
Boston, Massachusetts 02210
[Attn:  Clerk's Office]

and deposited same in the United States Postal Mail at the United States Penitentiary,

Signed on this __2__ day of __August__,

Respectfully Submitted,

*/s/ M. Nicholas*
M. Nicholas, Case Manager
Authorized by the Act of
July 7, 1955, as amended, to
administer oaths, (18 USC 4004).

*/s/ Emilio Ramos*
EMILIO RAMOS

REG. NO. __35179-054__

**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE 617-223-8061
(FAX) 617-223-8080

July 14, 2004

Mr. Emilio Ramos
Reg. #35179-054
U. S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Dear Mr. Ramos:

I was informed by the court that you were attempting to contact me in connection with a writ of coram nobis you wish to file. In reading the letter you filed with the court, I was unclear about the exact nature of your request.

As you know, your § 2255 motion was voluntarily dismissed in anticipation of government support for a motion to reduce your term of supervised release under 18 U.S.C. 3583 (e). The support was conditioned on your continuing clear conduct on supervised release. The motion could not be filed before you had completed a year of supervised release. The grounds for your eligibility for release under the statute no longer applied after your intervening arrest and incarceration. Your probation officer in Brooklyn, who had supported the idea of the motion before your arrest, withdrew his support, and the statute allows for a reduction in supervised release only if it is "warranted by the conduct of the defendant released and the interest of justice."

I believe that any coram nobis you now file would be considered a separate action, for which you would not receive counsel unless the court decided to appoint you a lawyer.

Sincerely,

Elizabeth Prevett

ELP:lhd

**Exhibit 1**

AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

_____ District of _____

Plaintiff

V.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER:

I, _____Chynell Johnson_____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?     ☐ Yes     ☒ No     (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment     ☐ Yes     ☒ No
    b. Rent payments, interest or dividends              ☐ Yes     ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes     ☒ No
    d. Disability or workers compensation payments       ☐ Yes     ☒ No
    e. Gifts or inheritances                             ☐ Yes     ☒ No
    f. Any other sources                                 ☐ Yes     ☒ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES  ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Johnson v.s. Barnhart

FOR: [FILED]
AT: 2004 AUG -4 P 12: 05
U.S. DISTRICT COURT
DISTRICT OF MASS

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Chynell Johnson

- 1 ☒ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS:
Magistrate: 
District Court: ▶
Court of Appeals: 

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

---

**ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY**

**EMPLOYMENT**

Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment. How much did you earn per month? $ ____

If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

RECEIVED: $ ____    SOURCES: ____

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ ____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: ____   DESCRIPTION: ____

**DEPENDENTS**

MARITAL STATUS:
✓ SINGLE
__ MARRIED
__ WIDOWED
__ SEPARATED OR DIVORCED

Total No. of Dependents: ____

List persons you actually support and your relationship to them: ____

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| rent | | $ | $ 94.00 |
| N Star | | $ | $ 179 |
| phone | | $ | $ 60.00 |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 7/15/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Chynell Johnson*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SSN: 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

| | |
|---|---|
| Chynell **JOHNSON**, <br> Plaintiff | * <br> * <br> * |
| v. | * Civil Action Number: <br> * |
| Jo Anne B. **BARNHART**, <br> Commissioner of the Social <br> Security Administration | * <br> * <br> * <br> * |

**MOTION TO PROCEED IN FORMA PAUPERIS**

The plaintiff moves that pursuant to 28 U.S.C.A. § 1915 this court order that the complaint in this matter be entered, and that the payment of the entry fee be waived, and that the court order the cost of services, if any, to be paid from public funds.

As grounds, the plaintiff states that she is an indigent person who is without funds to pay litigation costs, and that she has filed an affidavit of indigency, which is incorporated herein.

WHEREFORE, the plaintiff moves that the court allow the complaint to be entered without payment of the entry fee.

Dated: July 30, 2004

CHYNELL JOHNSON
By her attorney

Andrew Kisseloff
BBO#274240
Hale and Dorr Legal Services Center
of Harvard Law School
122 Boylston Street
Jamaica Plain, MA 02130
(617) 390-2590