Emilio Ramos
Reg.# 35179-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

Hon. Douglas P. Woodlock
United State District Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Civil No. 04-11731-DPW
      Civil No. 98-11857-DPW
      Crim. No. 93-10253-WD

Dear Hon. Jude:

   I am currently at MDC Brooklyn awaiting my return back to USP Lewisburg. At this time any responses concerning my Reply to the Government's Opposition or decision should be forwarded to me at USP Lewisburg, P.O. Box 1000, Lewisburg PA 17837.

Please send me a copy of a recent docket entry concerning the filing of my Reply. Thanking you in advance.

Dated: December 6, 2004.

Respectfully,
Emilio Ramos
Emilio Ramos
Reg.# 35179-054



Emilio Ramos
Reg.#35179-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

Hon. Douglas P. Woodlock
United States District Courthouse
One Courthouse Way                02210
Boston, Massachusetts

Special Legal Mail