UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Emilio Ramos</u>,

          Plaintiff,

    v.                      Civil Action No. 04-11731-DPW

<u>U.S.A.</u>,

          Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):
     **The application to proceed without prepayment of fees is denied as moot because there is no filing fee for a motion filed pursuant to 28 U.S.C. § 2255.**

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

December 21, 2004                      /s/ Douglas P. Woodlock
DATE                                        UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Emilio Ramos</u>,

                Plaintiff,

       v.                                Civil Action No.  04-11731-DPW

<u>U.S.A.</u>,

                Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):
     **The application to proceed without prepayment of fees is denied as moot because there is no filing fee for a motion filed pursuant to 28 U.S.C. § 2255.**

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.


December 21, 2004                            /s/ Douglas P. Woodlock
DATE                                               UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Emilio Ramos,
                    Plaintiff,

        v.                          Civil Action No. 04-11731-DPW

U.S.A.,
                    Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐    GRANTED.

☒    DENIED for the following reason(s):
**The application to proceed without prepayment of fees is denied as moot because there is no filing fee for a motion filed pursuant to 28 U.S.C. § 2255.**

☐    The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. § 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☐    The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.


December 21, 2004                       /s/ Douglas P. Woodlock
DATE                                          UNITED STATES DISTRICT JUDGE

Case 1:04-cv-11731-DPW    Document 7    Filed 12/21/2004    Page 6 of 6