IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EMILIO RAMOS, | : | |
| | : | CIVIL ACTION |
| Petitioner, | : | NO. 04-11731-DPW |
| | : | NO. 98-11857-DPW |
| v. | : | |
| | : | (CRIMINAL ACTION |
| UNITED STATES OF AMERICA, | : | NO. 93-10253-DPW) |
| | : | |
| Respondent. | : | |

NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America and hereby provides notice that undersigned counsel, AUSA Neil J. Gallagher, Jr., will be representing the government in the above captioned matter in place of former AUSA Robert L. Peabody.  All future correspondences and pleadings should be sent to undersigned counsel instead of Mr. Peabody.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.
Assistant U.S. Attorney
U. S. Attorney's Office
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3397
Fax: (617) 748-3965
Neil.Gallagher@usdoj.gov
Virginia State Bar No. 41457