UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EMILIO RAMOS, | ) | CIVIL ACTION NO. |
| Petitioner, | ) | 04-11731-DPW |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

MOTION FOR PERMISSION TO FILE MOTION FOR RULING ON WAIVER OF
ATTORNEY-CLIENT PRIVILEGE IN PAPER

Undersigned counsel requests permission to file the accompanying motion for ruling on waiver of attorney-client privilege in paper. As grounds for this motion, counsel states that problems with her password for electronic filing have arisen and may not be rectified before further action is required.

ELIZABETH L. PREVETT