Emilio Ramos
Reg. # 35179-054
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Hon. Douglas P. Woodlock
U.S. District Court
1 Courthouse Way
Boston, Massachusetts 02210
[Attn: Clerks office]

Re: Civil Dkt. Case No.'s  04-11731-DPW
                          95-11857-DPW
                          (Crim. No. 93-10253-WD)

Dear Judge Woodlock:

I would like to respectfully request for an up dated/ current docket sheet, in regards to the civil number above.

Please Note: I have been requesting for Docket sheets in regards to current litigation and I had received either back dated docket sheet by about 2-3 months or docket sheets with a missing last page. I would very much appreciate your time and assistance with this matter. Thanking you in advance. I would also like to note that I have returned back to U.S.P. Lewisburg from the writ.

Sincerely,

Dated:
February 1, 2005

Emilio Ramos
Reg. # 35179-054