UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

EMILIO RAMOS,
    Petitioner,

v.

UNITED STATES OF AMERICA
    Respondent

CIVIL ACTION NO.
04-11731-DPW

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

    In accordance with this Court's Memorandum and Order issued February 8, 2005 (#15), is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: February 8, 2005