Emilio Ramos
Reg.#35179-054
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Hon. Judge Douglas P. Woodlock
United States District Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

**Re:** **Emilio Ramos vs. United States**
**Crim. Dkt. No.'s**  Civil  04-11731-DPW
                     Civil  98-11857-DPW
                     Crim.  93-10253-WD

Dear Judge Woodlock:

On Febuary 12,2005 I recieved a copy of my docket sheet dated 2/08/05 and I have recently noticed a **MEMORANDUM AND ORDER** cited at Docket entry number 6 dated in Docket Text 12/22/04. I to this date have not received a copy of this order which was due for a response by January 7,2005

The above mentioned entry is referenced to your order addressing the circumstances of the withdrawal of Petitioner's section 2255 in my prior civil action No. 98-11857-DPW.

In docket entry No. 9 dated on Text 12/02/04, I sent a Motion to Amend or reply to the government's opposition cited at entry No. <u>4</u>. Entry No. 9 is in regards to Mr. Ramos objections to the goverment's opposition. On page 3 of my Opposition I cited a footnote indicating that I was on WRit to Brooklyn New York and I was transfered on November 16,2004. <u>see</u> Writ verification attached dated Febuary 9,2005, to this date I had not recieved the MEMORANDUM AND ORDER cited at entry No.6 and therefore I was unable to respond by the due date of January 7,2005.

I also have not received anything from my court appointed counsel who was assigned on my first 2255 motion (No.98-11857-DPW) Elizabeth Prevett who was also ordered to submit an Affidavit or a declaration under oath addressing the circumstances of the withdrawal of the motion in civil action No.98-11857-DPW. Petitioner should not be held with not complying to said order.

Respectfully Submitted,

Dated: Febuary 15,2005.

*Emilio Ramos*
Emilio Ramos
PRO-SE



UNITED STATES GOVERNMENT
# MEMORANDUM
United States Penitentiary
Lewisburg, Pennsylvania 17837

February 9, 2005

FROM: Houser, M. CSW

SUBJECT: Ramos, Emilio 35179-054

In your request to staff member you indicate a need to verify your status as in-transit so that you may obtain an extension for your administrative remedies.

The inmate history transaction verifies your claim of leaving Lewisburg on 11-16-2004 and being transported to MDC Brooklyn to satisfy a writ. You returned to Lewisburg on 01-12-2005 and were housed in administrative detention pending bed space until 01-26-2005.

Although I have no personal knowledge of your not being able to access your legal property it is highly likely that you did not have the ability to proceed with your administrative remedy in a timely fashion.

```
LEWN6  531.01  *                INMATE HISTORY           *    02-09-2005
PAGE 001         *                 QUARTERS              *    19:51:52

REG NO..: 35179-054  NAME....: RAMOS, EMILIO
CATEGORY: QTR         FUNCTION: DIS           FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                       START DATE/TIME  STOP  DATE/TIME
LEW   J03-324U    HOUSE J/RANGE 03/BED 324U         02-08-2005 1415  CURRENT
LEW   J01-101U    HOUSE J/RANGE 01/BED 101U         01-26-2005 0825  02-08-2005 1415
LEW   Z09-310UAD  HOUSE Z/RANGE 09/BED 310U AD      01-12-2005 1406  01-26-2005 0825
LEW   Z05-113LAD  HOUSE Z/RANGE 05/BED 113L AD      01-12-2005 1320  01-12-2005 1406
LEW   R01-001L    HOUSE R/RANGE 01/BED 001L         01-12-2005 1212  01-12-2005 1320
BRO   K04-802U    HOUSE K/RANGE 04/BED 802U         01-07-2005 1208  01-12-2005 0553
BRO   K04-824U    HOUSE K/RANGE 04/BED 824U         12-16-2004 1038  01-07-2005 1208
BRO   K06-816U    HOUSE K/RANGE 06/BED 816U         11-22-2004 0956  12-16-2004 1038
BRO   K06-818L    HOUSE K/RANGE 06/BED 818L         11-17-2004 1814  11-22-2004 0956
BRO   K07-804U    HOUSE K/RANGE 07/BED 804U         11-16-2004 1523  11-17-2004 1814
BRO   R02-001L    HOUSE R/RANGE 02/BED 001L         11-16-2004 1208  11-16-2004 1523
BRO   R02-001L    HOUSE R/RANGE 02/BED 001L         11-16-2004 1205  11-16-2004 1209
LEW   J03-301L    HOUSE J/RANGE 03/BED 301L         05-28-2004 1615  11-16-2004 0530
LEW   J03-325U    HOUSE J/RANGE 03/BED 325U         10-16-2003 0818  05-28-2004 1615


G0002      MORE PAGES TO FOLLOW . . .
```



Inmate Name: Emilio Ramos
Register Number: 35179-054
United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

To:
Hon. Judge Douglous P. Woodlock
United States District Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Special
Legal Mail