Emilio Ramos
Reg.#35179-054
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

*Received*
*3/2/05*

Honorable Judge Douglas P. Woodlock
United States District Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:  Emilio Ramos v. United States
     Dkt. Case No.'s  Civil No. 04-11731-DPW
                      Civil No. 98-11857-DPW
                      Crim. No. 93-10253-DPW

Dear Judge Woodlock:

   Enclosed you will find a copy of my letter forwarded to this court dated February 15, 2005 regarding my reasons for not complying with the MEMORANDUM AND ORDER to submit AFFIDAVIT(S) deadline due by January 7, 2005 see cited at court Dkt. entry#6.

   I am now submitting a two (2) page affidavit see enclosed dated February 27, 2005. If necessary, I would like your honor to reconsider my previous request in my OPPOSITION TO THE GOV.T's OBJECTIONS for a hearing to be held regarding this matter. see Petitioner's Opposition cited at court docket entry No.9.

**Please Note:**

   I would like to request for a copy of Elizabeth Prevett's Affidavit regarding the circumstances of the dismissal of my Section 2255 motion under civil docket case No. 98-11857-DPW.

                                      Respectfully Requested,

                                      *Emilio Ramos*
Dated: February 27, 2005.             Emilio Ramos
                                      Reg.#35179-054
                                      **PRO-SE**

Emilio Ramos
Reg.#35179-054
U.S. Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

Hon. Judge Douglas P. Woodlock
United States District Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

Re:  Emilio Ramos vs. United States
     Crim. Dkt. No.'s  Civil  04-11731-DPW
                       Civil  98-11857-DPW
                       Crim.  93-10253-WD

Dear Judge Woodlock:

    On Febuary 12,2005 I recieved a copy of my docket sheet dated 2/08/05 and I have recently noticed a **MEMORANDUM AND ORDER** cited at Docket entry number 6 dated in Docket Text 12/22/04. I to this date have not received a copy of this order which was due for a response by January 7,2005

    The above mentioned entry is referenced to your order addressing the circumstances of the withdrawal of Petitioner's section 2255 in my prior civil action No. 98-11857-DPW.

    In docket entry No. 9 dated on Text 12/02/04, I sent a Motion to Amend or reply to the government's opposition cited at entry No. <u>4</u>. Entry No. 9 is in regards to Mr. Ramos objections to the goverment's opposition. On page 3 of my Opposition I cited a footnote indicating that I was on WRit to Brooklyn New York and I was transfered on November 16,2004. <u>see</u> Writ verification attached dated Febuary 9,2005, to this date I had not recieved the MEMORANDUM AND ORDER cited at entry No.6 and therefore I was unable to respond by the due date of January 7,2005.

    I also have not received anything from my court appointed counsel who was assigned on my first 2255 motion (No.98-11857-DPW) Elizabeth Prevett who was also ordered to submit an Affidavit or a declaration under oath addressing the circumstances of the withdrawal of the motion in civil action No.98-11857-DPW. Petitioner should not be held with not complying to said order.

Respectfully Submitted,

*Emilio Ramos*
Emilio Ramos
PRO-SE

Dated: Febuary 15,2005.



UNITED STATES GOVERNMENT
# MEMORANDUM
United States Penitentiary
Lewisburg, Pennsylvania 17837

February 9, 2005

FROM:    Houser, M. CSW

SUBJECT: Ramos, Emilio 35179-054

In your request to staff member you indicate a need to verify your status as in-transit so that you may obtain an extension for your administrative remedies.

The inmate history transaction verifies your claim of leaving Lewisburg on 11-16-2004 and being transported to MDC Brooklyn to satisfy a writ. You returned to Lewisburg on 01-12-2005 and were housed in administrative detention pending bed space until 01-26-2005.

Although I have no personal knowledge of your not being able to access your legal property it is highly likely that you did not have the ability to proceed with your administrative remedy in a timely fashion.

```
  LEWN6   531.01  *              INMATE HISTORY              *     02-09-2005
PAGE 001          *                 ADM-REL                  *     19:51:34

   REG NO..: 35179-054 NAME....: RAMOS, EMILIO
   CATEGORY: ARS         FUNCTION: DIS        FORMAT:

FCL     ASSIGNMENT  DESCRIPTION                 START DATE/TIME  STOP  DATE/TIME
LEW     A-DES       DESIGNATED, AT ASSIGNED FACIL 01-12-2005 1212 CURRENT
B01     RELEASE     RELEASED FROM IN-TRANSIT FACL 01-12-2005 1212 01-12-2005 1212
B01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-12-2005 0553 01-12-2005 1212
BRO     HLD REMOVE  HOLDOVER REMOVED              01-12-2005 0553 01-12-2005 0553
BRO     A-HLD       HOLDOVER, TEMPORARILY HOUSED  11-16-2004 1208 01-12-2005 0553
BRO     ADM CHANGE  RELEASE FOR ADMISSION CHANGE  11-16-2004 1209 11-16-2004 1209
BRO     A-BOP HLD   HOLDOVER FOR INST TO INST TRF 11-16-2004 1205 11-16-2004 1209
B01     RELEASE     RELEASED FROM IN-TRANSIT FACL 11-16-2004 1205 11-16-2004 1205
B01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 11-16-2004 0530 11-16-2004 1205
LEW     FED WRIT    RELEASE ON FEDERAL WRIT       11-16-2004 0530 01-12-2005 1212
LEW     A-DES       DESIGNATED, AT ASSIGNED FACIL 09-18-2003 1056 11-16-2004 0530
B01     RELEASE     RELEASED FROM IN-TRANSIT FACL 09-18-2003 1056 09-18-2003 1056
B01     A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 09-18-2003 0659 09-18-2003 1056
BRO     HLD REMOVE  HOLDOVER REMOVED              09-18-2003 0659 09-18-2003 0659


G0002         MORE PAGES TO FOLLOW . . .
```