Emilio Ramos
Reg. # 35179-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

FILED
IN CLERKS OFFICE

2005 APR 21 P 2:28

U.S. DISTRICT COURT
DISTRICT OF MASS

United States District Court
    Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Emilio Ramos vs. United States of America
      Civil No.  04-11731-DPW
      Civil No.  98-11857-DPW
      Crim. No.  93-10253-WD

Dear Clerk:

    I am currently at MDC Brooklyn, and I would like to request for a current copy of my docket entries concerning civil docket No. 04-11731-DPW as listed above.

    I have submitted requests for the status of this matter since February but to date I have not received a response. I appreciate your time and concern with this matter.

Respectfully Requested,

*Emilio Ramos*
Emilio Ramos
Pro-Se.

April 19, 2005