UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to

**WARDEN OR SUPERINTENDENT
METROPOLITAN DETENTION CENTER
BROOKLYN, NEW YORK**

**YOU ARE COMMANDED** to have the body of **EMILIO RAMOS (35179-054)** now in your custody, before Hon. Douglas P. Woodlock, U.S.D.J., in Courtroom #1 on the 3rd Floor, United States District Court, John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Boston, Massachusetts on **JUNE 2, 2005** for the purpose of a Hearing on Petitioner's Motion to Vacate Sentence pursuant to 28 U.S.C. §2255, in connection with the case Emilio Ramos v. United States CA 04-11731-DPW, Emilio Ramos v. United States CA 98-11857-DPW, and United States v. Emilio Ramos CR 93-10253-DPW.

And you are to retain the body of said **EMILIO RAMOS** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this 3rd day of May 2005.

SARAH THORNTON
CLERK OF COURT

By:  /s/ Michelle Rynne
    Deputy Clerk