IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EMILIO RAMOS | ) | Civil No. 04-11731 |
|     Petitioner | ) | Civil No. 98-11857 |
| | ) | (Crim. No. 93-10253-WD) |
|     v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
|     Respondent | ) | |
| | ) | |

**UNITED STATES' MOTION TO CONTINUE HEARING**

The United States respectfully moves this Court to continue the hearing in this matter currently scheduled for June 2, 2005 at 2:30 p.m. until June 6, 2005 at 2:30 p.m. As grounds, the government states as follows:

Based on RAMOS' factual allegations, the government may need to call RAMOS's former attorney, AFPD Elizabeth L. Prevett as a witness at the scheduled hearing. Attorney Prevett will be unavailable on June 2, 2005, but will be available on June 6, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Neil J. Gallagher, Jr.
Neil J. Gallagher, Jr.
Assistant U.S. Attorney
One Courthouse Way
Boston, MA
(617) 748-3397

Date: May 13, 2005