Emilio Ramos
Reg.# 35179-054
Metropolitan Detention Center
P.O. Box 329002
Brooklyn, N.Y. 11232

Honorable Judge Douglas P. Woodlock     May 11, 2005
United States District Courthouse
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA    02210

Re: Emilio Ramos vs. United States
    Dkt. Case No.'s  Civil No. 04-11731-DPW
                     Civil No. 98-11857-DPW
                     Crim. No. 93-10253-DPW

Dear Judge Woodlock:

    The above named defendant has been sentenced to 12 months
of incarceration for a Supervised release violation under docket
No. 04-Cr. 240-ARR in the Eastern District of New York on
April 7, 2005 before the honorable Allyne R. Ross.

    The above named defendant has been awaiting to be designated
by the Bureau of Prisons and just became informed by his case
manager at MDC Brooklyn that defendant is pending to be transfered
on writ by U.S. Marshals to Boston Massachussetts.

Honorable Judge Douglas P. Woodlock
Re: Civil Action No. 04-cv-11731
Page 2.

    The defendant has filed the above civil action Pro-Se by Section 2255 and requests that upon transfer to Boston Massachussetts that he be permitted to take with him all his Legal and personal property for the following reasons:

    Upon conviction by Jury trial and denial by the Second Circuit Court of Appeals under docket No. 03-1515. See Summary Order enclosed. Defendant has a one year limitation to Submit a Pro-Se Sub-Section 2255 appeal which has been pending due to be Submitted by early October 2005.

    Wherefore, defendant respectfully requests that all his legal and personal property be transfered by the U.S. Marshals along with him so he is able to continue working on his Pro-se appeal pending the outcome of the Writ and Return back to the Custody of the Bureau of Prisons. Upon a granting of this Order please provide a So Ordered copy to government Counsel, The U.S. Marshal Service Supervising the transfer and myself so there won't be any complications in transporting my property.

Respectfully Requested,

*Emilio Ramos*

Reg.# 35179-054
Emilio Ramos - Pro-Se

Dated: May 11, 2005

CC: Kevin Cloherty, Esquire
    Assistant United States Attorney