Emilio Ramos BK# P155541
Federal Reg.# 35179-054
Essex County Correctional Facility
20 Manning Avenue
P.O. Box 807
Middleton, MA 01949

Honorable Judge Douglas P. Woodlock
United States District Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Emilio Ramos vs. United States
    Dkt. Case No. 04-CV-11731-DPW
    Civil No. 98-CV-11857-DPW
    Crim. No. 93-10253-DPW

Dear Judge Woodlock:

    I am currently being held in Essex County at the address above. I don't know whether I will remain here or be transferred to Plymouth County Jail where I, in the past was last week.

    I would like to give this court a Notice of request to appoint a C.J.A. defense counsel on my behalf that is not associated in any way with Mr. Michael Avery and Elizabeth Prevett whom I previously filed a Section 2255 Motion against. As of yet I have not received a notice of the ____ ____ this hearing is being held. I would like to ____ for some time to ____ the matter listed in my May 1? ____ letter regarding my property and for a counsel to be appointed ____ will not face a conflict of interest on my 2255. I would like some time to go over this matter with the ____ ____ lawyer before the hearing is to be held.

Dated: May 1?, 2005           Respectfully Requested,   Emilio Ramos