Emilio Ramos County ID #0650737
Federal Reg #35179-054
Essex County Correctional Facility
20 Manning Ave.
P.O. Box 807
Middleton, MA 01949

May 20, 2005

Hon. Judge Douglas P. Woodlock
United States District Judge
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: Emilio Ramos vs. United States
    Docket Case No.'s  04-CV-11731-DPW
                       98-CV-11857-DPW
    Crim. No.  93-10253-DPW

Dear Judge Woodlock:

On May 18, 2005 I was given the opportunity to speak with my mother over the phone and I have been informed that MDC Brooklyn, New York has mailed all my legal property regarding this matter and my pending Appeal in the Eastern District of New York that is due to be submitted by October 2005, home to my mothers house without my consent and against my wishes after informing the R&D in Brooklyn that I was going on a Writ to Massachusetts on Appeal and that I need all my legal and personal property to follow me to my designation.

I will now have complications trying to have my legal property mailed back in to the facility where I am designated. I have about 3 feet of legal property which consist of Legal books, research, correspondance of letters legal and personal, Trial discovery, transcripts of hearings and Trial, Direct Appeal Briefs for Suppression hearing and Trial, Exhibits for 2255 Appeal that are due to be submitted with brief by October and my personal property consisting of my personal hygien food and clothing which was purchased from the federal Bureau of Prisons.

To The; Honorable Douglas P. Woodlock
United States District Courthouse

Here at Middleton, Essex County facility the federal inmates are housed together with the County Jail inmates and the federal inmates are provided with the same supplies limited to county Jail inmates other than inmates at a Federal detention Center or where federal inmates are kept together in the same housing Unit as provided by The Plymouth County Correctional Facility, where I can have anytime access to it's Unit's Law Library and obtain the same necesities as a federal inmate.

Wherefore, I would like to request to be moved/transfered to The Plymouth County Correctional facility, to a federal inmate Unit and respectfully request for a Court Order in assisting me in having all my Legal and personal property that was purchased at the Federal Bureau of Prisons mailed to me preferably to Plymouth county if Your honor is able to So Order the transfer in assisting me with my legal needs.

Dated: May 20, 2005

Respectfully Requested,
Emilio Ramos
Reg.# 35179-054
Pro-Se Litigant.