United States District Court
   Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210



Re: Emilio Ramos vs. United States
   Civil Docket No. 04-11731-D.P.W.

Dear Judge Woodlock:    <u>Judicial Notice Requested</u>

   I am concerned about the effect that my writ here to Massachusetts is going to cause me if I am not returned back shortly to the Federal Bureau of Prisons.

   While on Federal Writ I may not be eligible to apply or be released from prison on 6 month halfway house being that I only have 9 months left to serve to my maximum release date. Additionally, I only have four (4) months left to submit my Pro-se Section 2255 Appeal regarding docket case No. (01 cr. 15 ARR) in the Eastern District of New York.

   I would need to have both myself and my legal property Court Ordered back to the Federal Bureau of Prisons in order to properly research and study my issues so I could be able to submit my Pro-se appeal in a timely fashion and to have the opportunity to be eligible to apply for a 6 month halfway house.

   Wherefore, I would like to request for a status hearing

Emilio Ramos
Federal Reg.# 35179-054
County I.D.# 0650737
Essex County Correctional Facility
Unit 120 B, Cell #250
P.O. Box 807
20 Manning Avenue
Middleton, MA 01949

Please take Notice that both my legal and Personal property was being held at MDC Brooklyn while I had been removed on this Writ. Instead of my legal and personal Property being forwarded to me on this federal Writ it was mailed out to my mothers address at:

Mother: Julia Ramirez
Address: 275 Cherry Street, Apt.# 18A
New York, N.Y. 10002

I would need to have a Court Order for all my Property to be forwarded here to Essex County then sent with me back to MDC Brooklyn where I was awaiting to be designated to a prison for the remaining portion of my sentence and to have the opportunity to work on my Pro-se 2255 Appeal.