AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

V.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 04-11731

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Woodlock | Roger Cox | Neil Gallagher |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Pam Owens | Lynne |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ |  | 6-6-05 |  |  | Emilio Ramos |
| ✓ |  | " |  |  | Elizabeth Prevett |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of     Pages