OFFICE

10 A 11: 36

COURT