*Thointon Clerk*



*04-11731*

# United States Court of Appeals
## For the First Circuit

No. 05-2097

EMILIO RAMOS
Petitioner - Appellant

v.

UNITED STATES
Respondent - Appellee

### ORDER OF COURT

Entered: August 15, 2006
Pursuant to 1st Cir. R. 27(d)

Despite repeated default notices, petitioner-appellant has failed to file a formal application in the district court for a certificate of appealability. Under the circumstances, the district court is directed to treat the notice of appeal as an application and promptly "either issue a certificate of appealability or state why a certificate should not issue." Fed. R. App. P. 22(b)(1).

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By:_____
Chief Deputy Clerk

[Certified Copy to Honorable Douglas P. Woodlock, Sarah A. Thornton, Clerk, USDC, Messrs. Ramos, Cox, Gallagher, Ms. Chaitowitz]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: _____ Date: 8/16/06