# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2097

EMILIO RAMOS,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Lipez, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

JUDGMENT

Entered: February 8, 2007

We conclude that the district court's June 13, 2005 memorandum and order is undebatably correct. We therefore deny a certificate of appealability and <u>terminate</u> the appeal.

By the Court:

Richard Cushing Donovan, Clerk.

**Certified and Issued as Mandate under Fed. R. App. P. 41.**

Richard Cushing Donovan, Clerk
/s/ Deputy Clerk
Date: 4/4/07

By: _____
Chief Deputy Clerk.

[cc: Roger A. Cox, Esq., Neil J. Gallagher, Jr., AUSA, Dina M. Chaitowitz, AUSA]